UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDGARDO USTARIS,

                    Plaintiff(s),

v.

CONCENTRA HEALTH SERVICES, INC., et al.

                    Defendant(s).
_____/

CASE NO. 3:13-CV-03661-WHO

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐   Non-binding Arbitration (ADR L.R. 4)
    ☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    X   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ☐   Private ADR (*please identify process and provider*)
_____

The parties agree to hold the ADR session by:
    ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    X   other requested deadline <u>120 days (needed to complete discovery for mediation)</u>


Dated:  11/5/2013

                                                                 /s/ Moira C. McQuaid
                                                          Moira C. McQuaid
                                                          Attorney for Plaintiff

Dated:  11/5/2013

                                                                 /s/ Becki D. Graham
                                                          Becki D. Graham
                                                          Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

Case 3:13-cv-03661-JD   Document 18   Filed 11/07/13   Page 2 of 2

**ORDER**

    X    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: November 7, 2013

United States District Judge
Hon. William H. Orrick

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

16364405.1